UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW MCCLANE,<br><br>    Plaintiff,<br><br>    v.<br><br>G. CASAS, *et al.*,<br><br>    Defendants. | Case No. 1:17-cv-00928-LJO-JDP (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(ECF No. 10) |

    Matthew McClane ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On April 3, 2018, Magistrate Judge Michael J. Seng entered findings and recommendations, recommending that Plaintiff proceed on his Eighth Amendment failure to protect claims against Defendants Casas, Carillo, Ramirez, Wilson, and Frazier; and all other claims asserted in the first amended complaint and all other defendants be dismissed with prejudice. (ECF No. 10.) Plaintiff was given an opportunity to object to the findings and recommendations. Plaintiff filed his objections on April 27, 2018. (ECF No. 14.)

    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 304, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and proper

1

analysis.

Accordingly, IT IS ORDERED that:

1. The findings and recommendations issued by the magistrate judge on April 3, 2018, (ECF No. 10), are ADOPTED IN FULL;
2. This case shall proceed on Plaintiff's Eighth Amendment failure to protect claims against Defendants Casas, Carillo, Ramirez, Wilson, and Frazier; and
3. All other claims asserted in the first amended complaint and all other defendants are DISMISSED with prejudice.

IT IS SO ORDERED.

Dated: **May 9, 2018**         **/s/ Lawrence J. O'Neill**
UNITED STATES CHIEF DISTRICT JUDGE